IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:16-mJ-716 |
| DAMON ANTONIO GONZALEZ (01)<br>CORRINA LYNN DAVIS (02)<br>MARK MACEYRA (03) | |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 3 2016
CLERK, U.S. DISTRICT COURT
By_____
Deputy

## CRIMINAL COMPLAINT

*Conspiracy to Possess a Controlled Substance with Intent to Distribute*

Beginning on or before May 25, 2016, and continuing until at least June 1, 2016, in the Fort Worth Division of the Northern District of Texas, defendants **Damon Antonio GONZALEZ, Mark MACEYRA and Corrina Lynn Davis** and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree to engage in conduct in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C), namely to possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 U.S.C. § 846.

I, the undersigned Complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. On June 1, 2016, members of the Texas Department Public Safety (Texas DPS), Erath County Sheriff's Officer (ECSO) and Stephenville Police Department (SPD) formulated plans for an undercover officer (UC) to purchase approximately two (2) ounces of methamphetamine from Thomas Quentin Whitis and Corrina Lynn Davis for $900.00 in Haltom City, Texas.

2. In May 2016, Special Agent Brian Roberts and Special Agent Mitchel Jones, both with the Texas Department of Public Safety (DPS) Criminal Investigations Division (CID), along with the Erath County Sheriff's Office (ECSO) agreed to conduct a joint investigation into the trafficking of large amounts of methamphetamine in Erath County, Texas. Special Agent Roberts, Special Agent Jones and the ECSO identified THOMAS QUENTIN WHITIS and other co-conspirators as being responsible for methamphetamine being distributed in Erath County, Texas. From 05/25/2016 through 06/01/2016, the UC negotiated with WHITIS to purchase two (2) ounces of methamphetamine from WHITIS and WHITIS's supplier(s). During these negotiations, the UC primarily communicated with WHITIS via cellular telephone; WHITIS utilized cellular telephone number (817) 304-XXXX.

3. On 05/31/2016, Special Agent Jones formulated a plan for the UC to take delivery of two (2) ounces of methamphetamine from WHITIS and to be introduced to WHITIS's supplier in Haltom City, Texas. Through the course of this investigation, Special Agent Jones and ECSO have been able to identify WHITIS's supplier in Haltom City as CORRINA LYNN DAVIS. This information was gained from WHITIS during negotiations. On 06/01/2016, Special Agent Jones assembled a cover-team consisting of Special Agent Jones and Special Agent Roberts, along with Special Agent Mike Wylie and Special Agent Steve Tuggle, with DPS-CID.

Special Agent Jones assembled a surveillance team consisting of Special Agent Ronnie Hubbell, Special Agent Allen Navarro, Special Agent Travis Dendy, Lieutenant Doug Wood, Lieutenant Shane Cartwright and Lieutenant Manuel Sanchez, with DPS-CID, along with Lieutenant Bobby Mendez and Sergeant Cameron Ray, with ECSO, and Sergeant Russell Ford and Detective Seth Reding, with Stephenville Police Department (SPD). Special Agent Jones developed a plan to have the UC meet with WHITIS in the Walmart parking lot, located at 3851 Airport Freeway, Fort Worth, Texas. Special Agent Jones provided the UC with DPS funds to purchase the methamphetamine from WHITIS and DAVIS. The UC was provided an audio/video recording device to record the narcotics transaction.

4. At approximately 5:30 PM, surveillance was established in the Walmart parking lot. At approximately 6:16 PM, Special Agent Tuggle observed a silver 2003 Dodge pickup, bearing Texas Dealer Temporary registration 26P5132, enter the parking lot and park next to the UC. At approximately 6:17 PM, Special Agent Jones observed a white male, who Special Agent Jones knew to be WHITIS, exit the Dodge pickup (26P5132) and enter the UC's vehicle. Special Agent Jones observed WHITIS was wearing a baseball cap, a gray shirt, and blue jeans. Special Agent Jones conducted a registration check on the Dodge pickup (26P5132), which was registered to Derrick Halford at XXXX East Highway 377, Granbury, Texas. WHITIS stated that DAVIS lives four or five blocks from Walmart and that they would have to go get her.

The UC asked WHITIS to go get DAVIS and return to the Walmart. WHITIS agreed and departed the parking lot. Prior to WHITIS departing, WHITIS stated he had purchased methamphetamine from DAVIS at this Walmart at two this morning and he felt this transaction would take place at the Walmart. At approximately 6:25 PM, Lieutenant Wood observed WHITIS arrive at the parking lot of Howell's Motel, located at 4705 East Belknap, Fort Worth, Texas. This address had been previously identified as DAVIS's residence. Special Agent Hubbell observed WHITIS walk to room number 114 and knock on the door and was allowed into the room by an unknown female. At approximately 6:31 PM, Special Agent Hubbell observed the Dodge pickup (26P5132) leaving the parking lot and traveling west on Belknap.

5. At approximately 6:35 PM, Special Agent Tuggle observed the Dodge pickup (26P5132) arrive back in the Walmart parking lot and park next to the UC. The UC was then introduced to DAVIS by WHITIS. Special Agent Jones observed DAVIS was wearing black shorts and a blue shirt. After the introduction, DAVIS received a cellular telephone call from an unknown person. DAVIS is heard saying, "I'm down here with Quentin. Umm, hold, okay I'm coming right now okay but just give me a minute, okay? Did you leave the house yet? Okay, well, ahh, alright then. I will call you right back. Okay bye". DAVIS then said to the UC: "those are my kids. That is where I get it from." The UC asked if DAVIS got the methamphetamine from her children and WHITIS stated the kids DAVIS was referring to were not her actual kids. DAVIS further stated, "The oldest one is who really started it. He came to me and asked me if I would help him.

Criminal Complaint – Page 4 of 12

I didn't want to get back into it really." DAVIS stated she has known the supplier her entire life and the supplier did not use methamphetamine and further stated the supplier had his cousin "working" for him. DAVIS stated the methamphetamine distribution network was attempted to be kept "tight," which Special Agent Jones believes to mean the supplier distributes to a small number of people to avoid detection by law enforcement. The UC attempted to have DAVIS have her supplier deliver the methamphetamine to the UC at the Walmart. DAVIS stated her supplier would not come to Walmart, but would go to DAVIS' mother's house. DAVIS stated, "Usually I meet them at mother's house. They don't like doing anything in Haltom City, although that's where we live. My mother lives right here. Not far, like three blocks it's just a real quiet neighborhood. He knows my mom does it. She's alright with it. I always tell her what's up, you know, she's alright it". Through the course of this investigation, Special Agent Jones has been able to identify DAVIS's mother as DEBORAH YVONNE CHALUPA. The UC asked if DAVIS's supplier could supply him with one (1) pound of methamphetamine and DAVIS stated "yes." WHITIS asked the UC how much methamphetamine he wanted to purchase so DAVIS could tell her supplier how much to bring. WHITIS told the UC that WHITIS had been in Granbury, Texas distributing methamphetamine to five or six people. WHITIS explained he supplied a female who is about fifty-five to sixty years of age who has been distributing methamphetamine in Granbury for the past thirty years and she distributes to ten (10) other people in Granbury.

**Criminal Complaint – Page 5 of 12**

6.   At approximately 6:45 PM, DAVIS and WHITIS entered the UC's vehicle. DAVIS stated her mother lived at XXXX Honeysuckle, Fort Worth, Texas. The UC agreed to drive to DAVIS's mother's house to complete the delivery of methamphetamine. DAVIS provided directions as they drove to DAVIS's mother's residence. The UC asked if DAVIS's supplier was already at her mother's house; DAVIS stated, "yeah, they are going to get ready and go." DAVIS stated her supplier drives a Mercedes-Benz or a Cadillac. The UC asked DAVIS how far her suppliers of methamphetamine had to travel and DAVIS stated the supplier lived off of 121, approximately one (1) mile from his current location. At approximately 6:51 PM, the UC, DAVIS and WHITIS arrived at XXXX Honeysuckle Avenue, Fort Worth, Texas and parked in the driveway. DAVIS received a phone call and the following can be heard on the recording:

DAVIS: "Yeah."

CALLER: "Hi."

DAVIS: "Huh."

CALLER: "I've got the money, I'm right here."

DAVIS: "Just go to the Dixie House Café or something for right now and just chill out there for a minute because I don't want a bunch of people at my mom's, okay. Go to the Dixie House I'm right here just be there. I'll call when I'm done, okay."

CALLER: "Okay."

DAVIS: "Bye."

After ending the call, DAVIS stated "Fucking Paula, man ahh she makes me mad. She went all the way out to Blue Mound because she didn't have the money". DAVIS placed a call to an unknown person and the following was heard on the recording:

DAVIS: "Hey have you left yet?"

CALLER: "I'm leaving right now"

DAVIS: "Please hurry"

CALLER: "Alright"

DAVIS: "Did Damon tell you already?"

CALLER: "Yes ma'am."

DAVIS: "Yeah, don't put all in one, Mark, I mean it, okay, go, please hurry, bye."

After the call ended, the UC asked DAVIS, "Was it them?" DAVIS replied, "Yeah, I told them to come on." The UC asked why DAVIS was having the supplier put the methamphetamine in two separate containers and DAVIS stated, "I have a half for somebody else that I have ordered." The UC asked DAVIS how much he would be paying for the two (2) ounces and DAVIS stated it would be "nine." Special Agent Jones understood this to mean nine hundred dollars ($900.00). The UC asked DAVIS about meeting the supplier and DAVIS stated they did not want to meet anybody. The UC continued to try to get DAVIS to introduce him to the supplier and DAVIS stated she did not want to do that. The UC asked WHITIS and DAVIS about purchasing one half (½) pound of methamphetamine and having the methamphetamine delivered to Stephenville and DAVIS stated, "I don't know about, ahh, as far as him taking it off, I mean you

Criminal Complaint – Page 7 of 12

know, ahh, they don't, yeah ahh, now they might let me go off with it." WHITIS then stated, "Yeah, I will just have to get some money together and take care of it myself." The UC asked if DAVIS would bring the methamphetamine to Stephenville, and DAVIS stated, "Yeah." WHITIS stated DAVIS had wanted to come to Stephenville in the past. DAVIS stated she had taken methamphetamine to Mineral Wells in the past, but it was not one-half (½) pound and did not state the amount she had taken to Mineral Wells.

7. At approximately 7:01 PM, Special Agent Navarro observed a silver 2007 Mercedes-Benz 4-door, bearing Texas Temporary registration (84S8355), stop across the street from XXXX Honeysuckle. Special Agent Navarro observed DAVIS walk across the street to the passenger side of the Mercedes-Benz 4-door (84S8355). While DAVIS was talking to the occupants of the Mercedes-Benz 4-door (84S8355), WHITIS stated to the UC that he may have to come get her and take her to Stephenville and that he did not mind doing that. WHITIS stated he has known DAVIS for four (4) years. WHITIS explained they give her whatever she wants.

8. At approximately 7:08 PM, Special Agent Navarro observed DAVIS walk back to the UC's vehicle. DAVIS stated, "QUENTIN, does your friend do it? Does he? Do you do it?" The UC, in order to maintain his undercover capacity, stated he used a small amount of methamphetamine. DAVIS then stated, "They want him to smoke some." The UC informed DAVIS he was not going to use methamphetamine. The UC stated, "I'm trying to stay straight. That ain't going to happen. I have to drive and everything else. Tell them don't worry about it. I'm not going to do business like that."

Criminal Complaint – Page 8 of 12

DAVIS then stated, "They are suspicious." The UC explained to DAVIS that he had to travel a long way and did not want to drive back after smoking methamphetamine. DAVIS then said, "Okay, well, I mean, here." DAVIS reached into her bra area and removed a clear plastic baggie and the UC replied, "There, nine hundred dollars, right here." DAVIS handed the clear plastic baggie to WHITIS who in turn handed the plastic baggie of suspected methamphetamine to the UC. The UC handed WHITIS nine hundred dollars ($900.00) of DPS funds. WHITIS then handed the nine hundred dollars to DAVIS. DAVIS then walked to the Mercedes-Benz 4-door (84S8355). As DAVIS was walking away, DAVIS's mother stated, "You shouldn't have to smoke it to buy you know. I smoke a little, I stay up a couple of nights."

9. At approximately 7:10 PM, Special Agent Navarro observed the Mercedes-Benz 4-door (84S8355) drive east on Honeysuckle. At approximately 7:11 PM, Special Agent Navarro observed DAVIS enter the UC's vehicle and the UC pulled away from DAVIS's mother's house and traveled back to Walmart. At approximately 7:15 PM, Special Agent Jones observed the UC return to Walmart where DAVIS and WHITIS entered the Dodge pickup (26P5132) and left the parking lot. At approximately 7:18 PM, Special Agent Hubbell observed the Dodge pickup (26P5132) arrive back at 4705 East Belknap and park near room 114.

10. The surveillance team maintained surveillance on the Mercedes-Benz 4-door (84S8355) where Lieutenant Sanchez was able to identify the registration. Special Agent Jones conducted a registration check on the Mercedes-Benz 4-door (84S8355), which shows registered to Homer Tomlin, at XXXX Bertha Lane, Fort Worth. At approximately 7:17 PM, Special Agent Navarro observed the Mercedes-Benz 4-door (84S8355) pull onto Field Street and come to a stop in front of XXXX Field Street, Haltom City, Texas. At approximately 7:21 PM, Special Agent Dendy observed the Mercedes-Benz 4-door (84S8355) on Beach Street. At approximately 7:34 PM, Special Agent Navarro observed the Mercedes-Benz 4-door (84S8355) stopped at KSA Food Mart, located at 4100 Rufe Snow Drive, Fort Worth, Texas. At approximately 7:38 PM, Special Agent Dendy observed the Mercedes-Benz 4-door (84S8355) stop at East Star Spa, located at 6455 Hilltop Drive, North Richland Hills, Texas. It was decided a traffic stop would be attempted in an effort to identify the occupants in the Mercedes-Benz 4-door (84S8355). Special Agent Dendy met with Officer Keith Fulgium, with North Richland Hills Police Department, and asked that a traffic stop be made on the Mercedes-Benz 4-door (84S8355) if a violation was observed.

11. At approximately 8:50 PM, Lieutenant Wood and Sergeant Ford observed the Mercedes-Benz 4-door (84S8355) exit the parking lot of East Star Spa. At approximately 8:58 PM, Officer Fulgium conducted a traffic stop on the Mercedes-Benz 4-door (84S8355) and identified the driver as DAMON ANTONIO GONZALEZ and the passenger as MARK MACEYRA.

At approximately 9:26 PM, Lieutenant Wood and Sergeant Ford observed the Mercedes-Benz 4-door (84S8355) parked at XXXX Bertha Lane, Fort Worth, Texas. Lieutenant Wood and Sergeant Ford observed two (2) vehicles also parked at the residence: a grey Cadillac Deville, bearing Texas registration GHP7628, and a black Cadillac CTS bearing Texas permit 447348G. A registration check shows the Cadillac Deville (GHP7628) is registered to Ashlie Nichole Richardson at XXXX Gilcrest Drive, Fort Worth, Texas, and the Cadillac CTS (447348G) is registered to Daniel Hernandez at XXXX Carnation, Fort Worth, Texas.

12.   Subsequently, the UC received a text message from cellular telephone number (817)298-XXXX. The sender identified herself as DAVIS and inquired if she had left some money in the UC's vehicle. The UC conducted a search of the car which yielded negative results. All officers met back at the DPS Office in Hurst and Special Agent Jones took possession of a plastic baggie containing approximately two ounces of methamphetamine.

**[Remained of page intentionally left blank]**

13. Although I have not listed all the facts regarding this conspiracy, I believe that the facts stated here establish probable cause that the defendant has committed a violation of 21 U.S.C. § 846, Conspiracy to Possess Methamphetamine with the Intent to Distribute it.

_____
Perry Moore
Task Force Officer
Drug Enforcement Administration

SWORN AND SUBSCRIBED before me, at 11:47 am/pm, this 3rd day of November, 2016 in Fort Worth, Texas.

_____
JEFFREY L. CURETON
United States Magistrate Judge